JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NAM THE LAC,

          Petitioner,

    v.

D. MARIN, et al.,

          Respondents.

Case No. EDCV 26-1812-WLH (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: May 28, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE